**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| AMY C. D'ANGELO ) <br> RONALD P. D'ANGELO ) <br> ) <br>     Plaintiffs ) <br> vs. ) <br> ) <br> CACH, LLC ) <br> ) <br>     Defendant ) <br> _____) | **ELECTRONICALLY FILED** <br><br> **Case No. 5:13CV-221-R** |

**AGREED ORDER OF DISMISSAL**

    COMES the Defendant, CACH, LLC and the Plaintiffs, Amy C. D'Angelo and Ronald P. D'Angelo,, by and through counsel, and agree that all claims of the parties shall be dismissed with prejudice.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

    1.    Any and all claims asserted and/or assertable, known and/or unknown in this matter are hereby dismissed with prejudice.

    2.    Except as otherwise agreed, each party is to bear their own Court costs, expenses, and attorneys' fees, and any other fees, expenses and costs.

    3.    This Order disposes of any and all claims that any party asserted or could have asserted against in this lawsuit, and all relief not expressly granted in this Order is hereby denied.

    4.    This is a final and appealable Order and there is no just cause for delay in its entry.

_____
JUDGE

_____
DATE

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March 2014, I electronically filed the following Agreed Order of Mutual Dismissal with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record, including:

James Hays Lawson
Lawson at Law, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY 40207
*Counsel for Plaintiff*

James R. McKenzie
James R. McKenzie Attorney, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY 40207
*Counsel for Plaintiff*

/s/ W. Scott Stinnett
*Counsel for CACH, LLC*